USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: __________
DATE FILED: 7/27/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

-against-

FRANCISO ALBERTO BAEZ-FORTUNA,

Defendants.

---------------------------------------------------------------------- x

26-CR-315 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Status Conference set for **July 30, 2026**, at **12:30 p.m.**

SO ORDERED.

Dated: New York, New York
July 27, 2026

ANDREW L. CARTER, JR.
United States District Judge