Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 30, 2026

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 9/30/26

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Francisco Alberto Baez Fortuna**
**26 Cr. 315 (ALC)**

Dear Judge Carter:

I write, with the government's consent, to request a 45-day adjournment of the status conference in the above-captioned case, currently scheduled for October 1 at 12:00 p.m.

The government has produced discovery in this matter and the defense has requested to inspect certain discovery at the government's office. The proposed adjournment will allow the defense time to continue reviewing discovery and determine what motions, if any, it will file. The defense is generally available except on Mondays and Wednesdays after 4:00 p.m. and on Tuesday mornings.

The government respectfully requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act to allow Mr. Baez time to receive to continue reviewing discovery and determine what motions, if any, to file in this case. *See* 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Francisco Alberto Baez Fortuna*

The application is **GRANTED**. The status conference is adjourned to 11/17/26 at 12 noon. Time excluded from 10/1/26 to 11/17/26 in the interest of justice.
So Ordered. Andrew L. Carter Jr. 9/30/26

cc: Counsel of record