**MEMO ENDORSED**

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 16, 2026

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 11/16/26

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** **United States v. Francisco Alberto Baez Fortuna**
**26 Cr. 315 (ALC)**

Dear Judge Carter:

I write, with the government's consent, to request a 45-day adjournment of the status conference in the above-captioned case, currently scheduled for November 17 at 12:00 p.m.

Having inspected additional discovery at the government's office, the defense has begun to engage in negotiations with the government to reach a pretrial resolution in this matter. The requested adjournment will enable the parties to continue discussing a potential disposition. The defense is generally available for a status conference in 45 days except on Mondays and Wednesdays after 4:00 p.m. and on Tuesday mornings.

The government respectfully requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act to allow the parties to continue discussing a possible pretrial resolution and Mr. Baez time to receive to continue reviewing discovery and determine what motions, if any, to file in this case. *See* 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

The application is **GRANTED**. The status conference is adjourned to 1/7/27 at 12:30 p.m. Time excluded from 11/17/26 to 1/7/27 in the interest of justice.
So Ordered. [signature]
**11/16/26**

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Francisco Alberto Baez Fortuna*

cc: Counsel of record